FILED

MAR 06 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

**United States District Court**
**Northern District of Ohio**

JUDGE RUIZ

| | | |
|---|---|---|
| **REN OCHIAI** | ) | |
| Plaintiff | ) | CASE NO. 5:23 CV 0442 |
| | ) | |
| v. | ) | JUDGE MAG JUDGE ARMSTRONG |
| | ) | |
| **GEAUGA COUNTY (ET AL)** | ) | AFFIDAVIT OF NEED |
| Defendant | ) | |

1. I request the Court to appoint counsel to represent me in this case pro bono (at no cost to me).

2. My household income does not exceed 200% of the current applicable Federal Poverty Guidelines.

3. I lack assets sufficient to afford legal representation in this case.

4. I will notify the Court and my appointed counsel if my financial condition materially changes before completion of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 3/1/23

*signature* REN OCHIAI
Plaintiff/Defendant

**8472 MUSIC STREET**
**CHAGRIN FALLS, OH 44022**
Address

4